```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

       v.        Criminal No. 07-50027-001

**RANDALL ANTHONY KRAMER**                                                **DEFENDANT**

### O R D E R

    Now on this 8th day of June, 2007, comes on for consideration defendant's **Motion For Psychiatric Examination** (document #18), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted.**

    **IT IS THEREFORE ORDERED** that, pursuant to **18 U.S.C. §4247(b),** the defendant is hereby committed to the custody of the Attorney General or his authorized representative for placement in a suitable federal correctional facility for a period not to exceed thirty (30) days for a mental competency evaluation under **18 U.S.C. §4241** to determine whether he is able to understand the nature and consequences of the proceedings against him and to properly assist in his defense.

    **IT IS FURTHER ORDERED** that, pursuant to **18 U.S.C. §4247(c),** the facility conducting the evaluation shall file a copy of the report with this Court, with copies to counsel for the defendant and the government.  Should defendant desire a hearing on the issue of his competency to stand trial, he will have ten (10) days from the filing of the report within which to demand such.

**IT IS FURTHER ORDERED** that the jury trial scheduled for July 30, 2007, is hereby continued *sine die*.  The delay in the trial of this action occasioned by the mental evaluation is excludable under the provisions of **18 U.S.C. §3161(h)(1)(A).**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　  **/s/ Jimm Larry Hendren**
　　　　　　　　　　　　　　　　　　　　**JIMM LARRY HENDREN**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**